IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIDSHIPMEN LANCE BARNES,                )
PETER BARBOUR, JASON BERGER,            )
JOEL N. BARTIS, MARK D. BORAN,          )
DAVID A. CHLEBNIK, CHRISTOPHER          )
CLAIBORNE, JEFFREY D. CLARK,            )
DANIEL COLPO, JAMES NIXON SHERROD,      )
DAVID J. DERMODY, GARRY M.              )
DEVINGER, SETH EVANS, JOHN              )
FORMOSO, HENRY FULTON III,              )
ROBERT E.F. GENTRY, MATTHEW             )
GIBSON, BRIAN D. GRAVES, DAVID E.       )
GWINN, JEFFREY GANTAR, KEVIN P.         )
HAMILTON, KEVIN W. HAVENS,              )
JUSTIN JONES-LANTZY, JASON              )
HEDBERG, DUNCAN N. INGRAHAM, JR.,       )
NEIL P. KEEGAN, PAUL R. KOCHER,         )
CHRISTOPHER KUZNIEWSKI,                 )
D. WILSON MARKS, ERIC P.                )
MITCHELL, COLIN M. O'BRIEN,             )
EDWARD O'NEILL, ANDREW PAYNE,           )
DANIEL PIDGEON, TIMOTHY J. QUEEN,       )
SEAN W. QUINN, THOMAS ROSZKO,           )
STEVEN E. SCHAIRER, MARK E.             )
SCHNEIDER, BLAIR SOKOL,                 )
LEWIS B. SIMS, ANDREW SOTERAKIS,        )
DERRICK TEFF, JEFFREY STEPANIC,         )
DAVID B. STOWERS, BRYAN SZELIGA,        )
JASON VAN MATRE, and                    )
JAVIER ZULUAGA, USN                     )
                                        )
Bancroft Hall                           )
United States Naval Academy             )
Annapolis, Maryland 21412               )
                                        )
                Plaintiffs,             )
        v.                              )
                                        )
HONORABLE JOHN DALTON                   )
Secretary of the Navy                   )
The Pentagon                            )
Washington, D.C. 20301                  )
                                        )
        and                             )
                                        )
                                        )
                                        )

C.A. No.: _____

94 0261

FILED

FEB 1 0 1994

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

```
ADMIRAL FRANK B. KELSO, USN          )
Chief of Naval Operations            )
The Pentagon                         )
Washington, D.C. 20301               )
                                     )
          and                        )
                                     )
REAR ADMIRAL THOMAS C. LYNCH, USN    )
Superintendent                       )
United States Naval Academy          )
121 Blake Road                       )
Annapolis, Maryland 21402            )
                                     )
          and                        )
                                     )
REAR ADMIRAL RICHARD ALLEN, USN      )
c/o Superintendent                   )
United States Naval Academy          )
Annapolis, Maryland                  )
                                     )
              Defendants.            )
                                     )
```

## MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, plaintiffs, by and through their counsel, hereby move this Court for a Temporary Restraining Order restraining defendants from convening Honor Review Boards to consider whether plaintiffs should be separated from the United States Naval Academy. Such Boards are scheduled to begin on February 11, 1994.

Plaintiffs have, simultaneous with the filing of this Motion, commenced an action alleging violations of plaintiffs' constitutional and statutory rights, seeking declaratory and injunctive relief, to prevent the defendants from convening the Honor Review Boards and enjoining defendants from considering, for any decisional purpose, statements coerced from plaintiffs in

conscious disregard of their constitutional and statutory rights. Moreover, plaintiffs seek an Order requiring defendants to comply with the process set forth in Midshipmen Honor Concept regulations for investigating and adjudicating alleged honor violations.

As is more fully set forth in the accompanying Memorandum, plaintiffs will suffer irreparable harm if these Boards are allowed to commence:  the stain of an adverse finding will follow them throughout their careers.  An adverse finding by the Board, even if later corrected, will prevent these midshipmen from graduating and accepting their commissions.  This harm cannot be subsequently rectified.

Plaintiffs respectfully request oral argument on this motion.

Respectfully submitted,

**WILLIAMS & CONNOLLY**

By: _____

    Steven M. Umin
      (D.C. Bar # 47985)
    Charles W. Gittins
      (D.C. Bar # 439710)
    Eric J. Moss
      (D.C. Bar # 436127)
    Lori Jonas
      (D.C. Bar # 436916)

    725 Twelfth Street, N.W.
    Washington, D.C.  20005
    (202) 434-5000

Counsel for Plaintiffs

DATED: February 10, 1994

# RULE 205

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 1994 a copy of the foregoing Summons, Complaint for Declaratory and Injunctive Relief, Motion for a Temporary Restraining Order, Memorandum in Support thereof and Proposed form of Order granting a Temporary Restraining Order was delivered by the means indicated to:

**94 0261**

William Holder                                                  <u>By Hand</u>
United States Attorney
  for the District of Columbia
555 4th Street, N.W.
Room 3130
Washington, D.C. 20001

FILED

FEB 1 0 1994

Honorable Janet Reno                                           <u>Certified Mail</u>
Attorney General of the
  United States

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Department of Justice
10th and Constitution Avenue, N.W.
Room 4400
Washington, D.C. 20530

Honorable John Dalton                                          <u>Certified Mail</u>
Secretary of the Navy
The Pentagon
Room 4E 686
Washington, D.C. 20301

Admiral Frank Kelso, USN                                       <u>Certified Mail</u>
Chief of Naval Operations
The Pentagon
Room 4E 660
Washington, D.C. 20301

Rear Admiral Thomas C. Lynch, USN                              <u>Certified Mail</u>
Superintendent
United States Naval Academy
Annapolis Maryland 21402

Rear Admiral Richard C. Allen, USN                             <u>Certified Mail</u>
c/o Office of the Superintendent
United States Naval Academy
Annapolis, Maryland 21402

In accordance with Local Rule 205(a), plaintiffs have provided actual notice of their intent to seek the Temporary Restraining Order by hand delivering on February 9, 1994 draft copies of the Memorandum in Support of the Motion for a Temporary Restraining Order and Complaint for Declaratory and Injunctive Relief to: the Office of the Secretary of the Navy; the Office of the Chief of Naval Operations, the United States Attorney for the District of Columbia, and the Attorney General of the United States.  Further, undersigned counsel spoke by phone with staff officers in the offices of the Secretary of the Navy and the Chief of Naval Operations to notify defendants orally that a Motion for a Temporary Restraining Order would be filed on February 10, 1994 and that plaintiffs would seek a hearing on that date.

In addition, on February 9, 1994 counsel advised Lt. Cmdr. Timothy Nagle, Legal Advisor to the Naval Academy, by telephone of plaintiffs' intention to file a motion for a Temporary Restraining Order.  By agreement copy of the Complaint and Memorandum in Support of the Motion for a Temporary Restraining Order was then faxed to Lt. Cmdr. Nagle for delivery to defendants Admiral Lynch and Admiral Allen.

Charles W. Gittins