IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDSHIPMEN LANCE BARNES, et al.  )<br>                       )<br>           Plaintiffs,  )<br>   v.                  )<br>                       )<br>HONORABLE JOHN DALTON  )<br>SECRETARY OF THE NAVY, et al.  )<br>                       )<br>           Defendants. )<br>                       ) | C.A. No.: 94-0261 (HHG)<br><br>FILED<br>FEB 24 1994<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA |

### NOTICE OF APPEAL

Plaintiffs hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order dated February 23, 1994 denying plaintiffs' Motion for Preliminary Injunction and dismissing plaintiffs' Complaint for Declaratory and Injunctive Relief.

Respectfully submitted,

**WILLIAMS & CONNOLLY**

By: _____
 Steven M. Umin
   (D.C. Bar # 47985)
 Charles W. Gittins
   (D.C. Bar # 439710)
 Eric J. Moss
   (D.C. Bar # 436127)
 Lori Jonas
   (D.C. Bar # 436916)

 725 Twelfth Street, N.W.
 Washington, D.C.  20005
 (202) 434-5000

Counsel for Plaintiffs

DATED: February 24, 1994

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 1994 a copy of the foregoing Notice of Appeal was delivered by the means indicated to:

John Bates, Esquire                                By Hand
Office of the United States Attorney
    for the District of Columbia
555 4th Street, N.W.
Room 3130
Washington, D.C. 20001

*Charles W. Gittins*
Charles W. Gittins