# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 94-5033　　　　　　　　　　September Term, 1994

94cv00261

Lance Barnes, Midshipman, et al.,
　　　　　　　　　Appellants,

　v.

John Dalton, Secretary of the Navy, et al.

FILED DEC 28 1994

RON GARVIN
CLERK

## O R D E R

Upon consideration of appellants' consent motion to dismiss appeal, it is

**ORDERED** that the motion is granted and this case is hereby dismissed. The Clerk is directed to transmit a certified copy of this order to the Clerk of the district court in lieu of a formal mandate.

FILED DEC 29 1994
Clerk, U.S. District Court
District of Columbia

　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　RON GARVIN, CLERK

　　　　　　　　　　　　By:　Cheri Carter
　　　　　　　　　　　　　　　Deputy Clerk

A True copy:
　Test: Ron Garvin
　United States Court of Appeals
　for the District of Columbia Circuit
By: _____ Deputy Clerk

17